# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Erickson, Ralph R. | 8th Circuit | 05/10/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Circuit Judge | ☐ Nomination  Date <br> ☐ Initial  ☑ Annual  ☐ Final <br> 5b. ☐ Amended Report | 01/01/2018 <br> to <br> 12/31/2018 |

**7. Chambers or Office Address**

Quentin Burdick US Courthouse
655 1st Ave. N., Ste. 410
Fargo, ND 58102-4952

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust #1 |
| 2. | Director | Sharehouse Foundation, Fargo, ND |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1/15/88 | 401K Ohnstad Twichell, P.C. |
| 2. | 2/15/93 | NDPERS County Retirement Plan |
| 3. | 1/02/05 | NDPERS State Judicial Retirement Plan |
| 4. | 12/31/96 | 457(b) Plan State of North Dakota |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 12/31/2018 | Self-employed Optometrist |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Erickson, Ralph R. | 05/10/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  AWSHX | A | Dividend | K | T | | | | | |
| 2.  Oakmark Select, mutual fund | A | Dividend | J | T | | | | | |
| 3.  VMMXX Bell State Bank & Trust Ohnstad 401k | A | Dividend | K | T | | | | | |
| 4. | | | | | | | | | |
| 5.  457(b) Plan Assets | | | | | | | | | |
| 6.  Voya 457(b) VP Index Plus Large Cap. | B | Int./Div. | L | T | | | | | |
| 7.  Voya 457(b) Fidelity VIP Growth Portfolio 109 | A | Int./Div. | L | T | | | | | |
| 8.  Voya 457(b) T.Rowe Price MC Gr-Init-449 | A | Int./Div. | K | T | | | | | |
| 9.  ING Aetna 457(b) Oppenheimer Global Pt-Init--432 | A | Int./Div. | K | T | | | | | |
| 10. | | | | | | | | | |
| 11.  Gate City Savings--Savings Account | A | Interest | K | T | | | | | |
| 12.  Gate City--checking accout | | None | K | T | | | | | |
| 13.  Digital Broadcast Corporation | | None | J | W | | | | | |
| 14.  Guardian Insurance Trust #1 mixed whole/ term life | C | Dividend | N | T | | | | | |
| 15.  Guardian Insurance (Whole Life Cash Value) | E | Dividend | M | T | | | | | |
| 16.  Guardian Insurance (Whole Life Cash Value) | D | Dividend | M | T | | | | | |
| 17.  Guardian Insurance (Whole Life Cash Value) | C | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Erickson, Ralph R. | 05/10/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Guardian Insurance (Whole Life Cash Value) | B | Dividend | L | T | | | | | |
| 19. Jackson National Life (Life Insurance cash value) | B | Interest | K | T | | | | | |
| 20. Allianz Life (Life Ins. cash value | A | Dividend | J | T | | | | | |
| 21. Allianz Life (Life Ins. cash value) | A | Dividend | J | T | | | | | |
| 22. | | | | | | | | | |
| 23. Assets in SEP at Alerus Financial | | | | | | | | | |
| 24. Alerus Financial MMKT | A | Interest | J | T | | | | | |
| 25. DFSVX | A | Dividend | K | T | Buy (add'l) | 03/14/18 | J | | |
| 26. | | | | | Sold (part) | 05/17/18 | J | | |
| 27. | | | | | Buy (add'l) | 10/12/18 | J | | |
| 28. | | | | | Buy (add'l) | 10/16/18 | J | | |
| 29. | | | | | Buy (add'l) | 10/30/18 | J | | |
| 30. VSGAX | | None | | | Sold | 01/31/18 | J | D | |
| 31. FZAIX | A | Dividend | K | T | Buy (add'l) | 03/14/18 | J | | |
| 32. | | | | | Buy (add'l) | 05/17/18 | J | | |
| 33. | | | | | Buy (add'l) | 10/16/18 | J | | |
| 34. VFIAX | D | Dividend | N | T | Buy (add'l) | 03/14/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Erickson, Ralph R. | 05/10/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 05/17/18 | J | | |
| 36. | | | | | Buy (add'l) | 10/16/18 | J | | |
| 37. | | | | | Sold (part) | 10/30/18 | J | D | |
| 38. DFCEX | A | Dividend | J | T | Buy (add'l) | 03/14/18 | J | | |
| 39. | | | | | Buy (add'l) | 05/17/18 | J | | |
| 40. | | | | | Buy (add'l) | 10/16/18 | J | | |
| 41. PMZIX | A | Dividend | J | T | Buy (add'l) | 03/14/18 | J | | |
| 42. | | | | | Buy (add'l) | 05/17/18 | J | | |
| 43. | | | | | Sold (part) | 10/30/18 | J | A | |
| 44. DFWIX | A | Dividend | K | T | Buy (add'l) | 02/13/18 | K | | |
| 45. | | | | | Sold (part) | 03/14/18 | J | A | |
| 46. | | | | | Buy (add'l) | 05/17/18 | J | | |
| 47. | | | | | Sold (part) | 10/12/18 | J | A | |
| 48. | | | | | Buy (add'l) | 10/16/18 | J | | |
| 49. AGDYX | A | Dividend | J | T | Buy (add'l) | 03/14/18 | J | | |
| 50. | | | | | Buy (add'l) | 05/17/18 | J | | |
| 51. IEF | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Erickson, Ralph R. | 05/10/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. VCIT | A | Dividend | J | T | | | | | |
| 53. CIVIX | A | Dividend | K | T | Buy (add'l) | 03/14/18 | J | | |
| 54. | | | | | Sold (part) | 05/17/18 | J | A | |
| 55. | | | | | Buy (add'l) | 10/16/18 | J | | |
| 56. BAGIX | B | Dividend | M | T | Buy (add'l) | 03/14/18 | J | | |
| 57. | | | | | Buy (add'l) | 05/17/18 | J | | |
| 58. | | | | | Sold (part) | 10/30/18 | J | A | |
| 59. BXMIX | | None | | | Buy (add'l) | 03/14/18 | J | | |
| 60. | | | | | Sold (part) | 02/13/18 | K | A | |
| 61. | | | | | Sold | 10/12/18 | J | A | |
| 62. CSSPX | A | Dividend | J | T | Buy (add'l) | 03/14/18 | J | | |
| 63. | | | | | Buy (add'l) | 05/17/18 | J | | |
| 64. SPY | | None | J | T | Buy | 10/15/18 | K | | |
| 65. MSFT | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Erickson, Ralph R. | 05/10/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Line 12. Digital Broadcast Company ceased operations a number of years ago and the stock has no value.

Part VII, Line 13, Mixed Whole/Term Life Policy. Policy No. XXXX128. All cash held in Guardian's general account. No investment options.

Part VII, Line 14. Whole Life Policy. Policy No. XXXX296. All cash held in Guardian's general account. No investment options.

Part VII, Line 15. Whole Life Policy. Policy No. XXXX141. All cash held in Guardian'ts gneral account. No investment options.

Part VII, Line 16. Whole Life Policy, Policy No. XXXX246. All cash held in Guardian's general account. No investment options.

Part VII, Line 17. Whole LIfe Policy, Policy No. XXXX128. All cash held in Guardian's general account. No investment options.

Part VII, Line 18. Variable Life Policy, Policy No. XXXXXXX090. All cash Held in Jackson's general account. No investment options.

Part VII, Line 19. Indexed Universal Life Policy. Policy No. XXXXX607. All cash held in Allianz's general account. No investment options.

Part VII, Line 20. Indexed Universal Life Policy. Policy No. XXXXX608. All cash held in Allianz's gneral account. No investment options.

Part VII, Line 65. All individual equities held by Alerus were supposed to have been sold on Ocober 11, 2012 and was reported in my 2012 FDR as having been sold. Alerus discovered that the stock had not been sold as directed in December 2018. The shares in question had been acquired on April 16, 2010 and should have been reported on all anual reports since that date with a value of "J" and value method of "T".

| Name of Person Reporting | Date of Report |
|---|---|
| Erickson, Ralph R. | 05/10/2019 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Ralph R. Erickson**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544